

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2021

No. 04-21-00248-CR

Marcos Alberto Ibanez **GUTIERREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 623228
Honorable Carlo Key, Judge Presiding

# O R D E R

Appellant's second motion for extension of time is GRANTED. Appellant's brief is due November 7, 2021. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court